MD 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2025 JAN 27 P 12: 39
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Joe Martin
Full name and prison name of Plaintiff(s)

v.

Montgomery, County
MAC Sim Butler, Dentention facility.
Sgt. Jackson, Cheif murphy
Lt. Timmons (Ect.)
Cpt. Dill.

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO. ______
(To be supplied by Clerk of U.S. District Court)

2:25-cv-00079-WKW-CWB

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) ______

Defendant(s) ______

2. Court (if federal court, name the district; if state court, name the county)

______

3. Docket number ____________________

4. Name of judge to whom case was assigned ____________________

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) ____________________

6. Approximate date of filing lawsuit ____________________

7. Approximate date of disposition ____________________

II. PLACE OF PRESENT CONFINEMENT ____________________

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ____________________

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ____________________

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ____________________

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

from Around, 11/20/2024, montgomery County JAil Been having ventilation problems. Recently A Inmate died because he over heated. the Temperature was 104° degrees.

GROUND TWO: fernado Clark Died on 12/11/2024. the heat had Been going Sence 12/01/2024 By then

SUPPORTING FACTS: the maintenance MAn was Notified Before hand. I was force to live In A, Renovated Cell Block, I'm forced to Breathe In old urine, And (Bm), PooPoo, (Ect). that have not Been Clean out of Cells In a year or more. mold Every where, this has made me mental health, And Is Stress full.

GROUND THREE: I was forced to live In un Bearable Conditions, that I Do not think No officer, could with take In, or Deal with.

SUPPORTING FACTS: I could have Been the one that had Died, on, 12/11/2024.

I have Been Dilling with un Due Stress, I sean Some one get put In a Body Bag. I Still have flash Back's, Some night's I Can't Sleep.

I fill that some one should care what montgomery County Jail, In doing to there In mate's, and how they take care of there Inmate's.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the to Be, Compensated, for my pain and suffer.

James Joe Martin
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/08/2025.
(Date)

James Joe Martin
Signature of plaintiff(s)

James Martin
Montgomery County Detention facility
P.O. Box 4599
Montgomery, AL 36104




INMATE MAIL

Office of the Clerk
United States District Court
middle District of Alabama
1 Church Street, Suite B-110
montgomery, AL 36104 - 4018